United States District Court
Southern District of Texas

**ENTERED**

July 28, 2026

Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

|  |  |  |
|---|---|---|
| **GABRIEL LOPEZ ARCE,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:26-CV-01310** |
| | § | |
| **DAVID VENTURELLA, *et al.*,** | § | |
| | § | |
| **Respondents.** | § | |

## <u>ORDER</u>

Before the Court is Petitioner's Emergency Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and Complaint for Declaratory and Injunctive Relief, (Dkt. No. 1), and Respondents' Motion to Dismiss Habeas Petition as Duplicative, (Dkt. No. 5). Respondents request that the Court dismiss the instant petition as being duplicative of the previously filed petition. *Lopez Arce v. Venturella*, No. 5:26-CV-00213, pet. (filed Feb. 12, 2026).

Accordingly, the Court **ORDERS** Petitioner to file a response to the motion, (Dkt. No. 5), **by August 4, 2026**.

It is so **ORDERED**.

**SIGNED** on July 28, 2026.

_____

John A. Kazen
United States District Judge