United States District Court
Southern District of Texas

**ENTERED**

August 05, 2026

Nathan Ochsner, Clerk

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### LAREDO DIVISION

| | | |
|---|---|---|
| **GABRIEL LOPEZ ARCE,** | § | |
| **Petitioner,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:26-CV-01310** |
| | § | |
| **DAVID VENTURELLA,** *et al.*, | § | |
| **Respondents.** | § | |
| | § | |

### ORDER

Before the Court is Petitioner's Emergency Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and Complaint for Declaratory and Injunctive Relief, (Dkt. No. 1), and Respondents' Motion to Dismiss Habeas Petition as Duplicative, (Dkt. No. 5).

Respondents move to dismiss Petitioner's claims as duplicative of another case filed in this division. *Lopez Arce v. Venturella*, No. 5:26-CV-00213, pet. (filed Feb. 12, 2026). Respondents assert that the "claims in the instant petition are the same as Petitioner's initially filed lawsuit." (Dkt. No. 5 at 3). In the original petition, Petitioner challenged his continued detention without a bond hearing. *Lopez Arce*, No. 5:26-CV-00213, pet. at 5. In the instant petition, Petitioner challenges the constitutional sufficiency of the bond hearing that he received in accordance with the court's Order. (Dkt. No. 1 at 5). These are distinct claims. Because there are different claims in the petitions, the Court finds that the instant petition is not duplicative of the prior case.

As such, Respondents' Motion to Dismiss Habeas Petition as Duplicative, (Dkt. No. 5), is **DENIED**. The Court grants Respondents leave to amend their motion, (Dkt. No. 5).

The Court **GRANTS** Respondents leave to amend the motion **by August 12, 2026**, regarding the status of Petitioner's detention and claims in this case. Petitioner may file a reply **by August 19, 2026**.

It is so **ORDERED**.

**SIGNED** on August 5, 2026.

_____
John A. Kazen
United States District Judge